LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiff

---o0o---

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

---o0o---

| | |
|---|---|
| LAWANA PORTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.<br><br>　　　　Defendants. | CASE NO. CIV.S-00-0978 FCD/JFM<br><br>**SUBSTITUTION OF ATTORNEYS; ORDER** |

　　　Plaintiff LAWANA PORTER hereby substitutes the Law Office of Mark E. Merin as her attorney of record in the above-entitled action in place of Robin Kerry Perkins of Wohl, Sammis & Perkins, LLP.

　　　The new address of record for plaintiff is as follows:

>　Mark E. Merin, Esq.
>　Law Office of Mark E. Merin
>　2001 P Street, Suite 100
>　Sacramento, CA 95814
>　(916) 443-6911 - Telephone
>　(916) 447-8336 - Facsimile Number
>　mark@markmerin.com – E-Mail

Dated: September 7, 2005

　　　　　　　　　　　　　　　　　/s/ - "Lawana Porter"
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Lawana Porter

1 | The undersigned consents to the above substitution.

2 | Dated: September 8, 2005          WOHL, SAMMIS & PERKINS, LLP

                                     /s/ - "Robin Kerry Perkins"
4                            By:_____
                                     Robin Kerry Perkins

6 | The undersigned accepts the above substitution.

7 | Dated: September 8, 2005          LAW OFFICES OF MARK E. MERIN

                                     /s/ - "Mark E. Merin"
9                            By:_____
                                     Mark E. Merin

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

**IT IS SO ORDERED.**

Dated: September 9, 2005

/s/ Frank C. Damrell Jr.
Honorable FRANK C. DAMRELL, JR., Judge
United States District Court, Eastern District

G:\DOCS\FCD\orders to be signed\PORTER-CDC Substitution of Attorney0908.wpd