IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWANA PORTER,

    Plaintiff,                        No. CIV S-00-0978 FCD JFM

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

    Defendants.                     <u>ORDER</u>

_____/

        A settlement conference was held before the undersigned on March 2, 2006. Mark E. Merin and Jeffrey I. Schwarzschild appeared on behalf of plaintiff. David Ira Bass, Deputy Attorney General, appeared on behalf of defendants. This case settled. The settlement agreement was memorialized on the record and agreed to by the parties.

        In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 3, 2006.

        Discovery and motion practice are stayed; all hearing dates set in this matter are hereby vacated.

////

////

1  Failure to comply with this order may be grounds for the imposition of sanctions on
2 any and all counsel or parties who contributed to the violation of this order.
3 DATED: March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; porter.045