LAW OFFICE OF MARK E. MERIN
Mark E. Merin, SBN 043849
Jeffrey I. Schwarzschild, SBN 192086
2001 P Street, Suite 100
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com

Attorneys for Plaintiff

—o0o—

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| LAWANA PORTER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendants. | CASE NO. CIV.S-00-0978 FCD/JFM<br><br>**STIPULATION OF DISMISSAL; ORDER**<br><br>**[FED. R. CIV. PROC. 41(a)(1)]** |

　　　IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), each party to bear their own attorney's fees and costs.

Dated: March 28, 2006　　　　Respectfully Submitted,

LAW OFFICES OF MARK E. MERIN


　　　　　　　　　　　　　　　　/s/ - "Jeffrey I. Schwarzschild"
　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　Jeffrey I. Schwarzschild
　　　　　　　　　　　　　　　Attorneys for Plaintiff

1 | Dated: March 24, 2006            Respectfully Submitted,

BILL LOCKYER, ATTORNEY GENERAL
DAVID I. BASS, DEPUTY ATTORNEY GENERAL

By: /s/ - "David I. Bass"
_____
David I. Bass, Deputy Attorney General
Attorneys for Defendant

## ORDER

Consistent with the Stipulation set forth above, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS ORDERED that the above action be and is dismissed, with prejudice and without costs.

DATED: March 30, 2006            /s/ Frank C. Damrell Jr.
_____
Honorable FRANK C. DAMRELL, JR.
Judge, United States District Court
Eastern District of California